# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00629-PA-SP<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action without Prejudice filed by Plaintiff Patricia Filardi ("Plaintiff") and Circle K Stores Inc. ("Defendant"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 22, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE